Olivit Bros. v. Penna. R. R. Co.          88 *N. J. L.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, VREDENBURGH, TERHUNE, HEPPENHEIMER, TAYLOR, JJ. 10.

*For reversal*—None.

OLIVIT BROTHERS, A CORPORATION, PLAINTIFF AND RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, DEFENDANT AND APPELLANT.

Submitted July 6, 1915—Decided January 28, 1916.

On appeal from the Supreme Court.

For the appellant, *Vredenburgh, Wall & Carey.*

For the respondent, *Queen & Stout.*

PER CURIAM.

The decision of this case (known as the sixty-four count case) is controlled by that in *Carr* v. *Pennsylvania Railroad Co.*, No. 118 of this present term.

The judgment below will be affirmed, with costs.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 15.

*For reversal*—None.